Carrie A. Eldred, Respondent, v. Catherine F. McCaffery, Appellant, Impleaded with Others.— Judgment and order of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Thomas and Rich, JJ., concurred; Burr and Stapleton, JJ., dissented.

Ellen Hopkins, Respondent, v. Lion Brewery of New York City, Appellant, Impleaded with Another, Defendant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the verdict to the sum of $3,000, in which case the judgment as modified and order are unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Martin Hopkins, Respondent, v. Lion Brewery of New York City, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Joseph Horenstein, Respondent, v. John Marks and Magdalena Marks, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order for the examination of the defendants before trial granted, with ten dollars costs, upon the authority of *Vogel Co.* v. *Backer Construction Co.* (148 App. Div. 639); *Weeks* v. *Whitney* (146 id. 621); *Segschneider* v. *Waring Hat Manufacturing Co.* (134 id. 217); *Schulte* v. *Petruzzi* (153 id. 889). Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

Amelia Katz, Respondent, v. Sigmund Katz and Others, Defendants, Impleaded with William Klein and Maria M. Klein, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Oliver Lakin, Respondent, v. Patrick J. Healy, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Elizabeth Mottaj, Appellant, v. Joseph Blank and The Ebling Brewing Company, Respondents.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the evidence produced by the plaintiff, together with the admissions in the pleadings of the defendants, made out a *prima facie* case. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Frank Nagle, Respondent, v. Speedwell Construction Company, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Frank Neumann, as Administrator, etc., of Frieda Neumann, Deceased, Respondent, v. The Hudson County Consumers Brewing Company, Appellant.—Judgment and order reversed and new trial granted, costs to abide the event, on authority of *Neumann* v. *Hudson County Consumers*

*Brewing Co.* (155 App. Div. 271). Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.